UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                          )
                                                )
Michael Boerner                                 ) Chapter 13 Case No. 08-20253
                                                )
            Debtor                              )

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 106000

     Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $22.57 into U. S. Treasury Fund 106000 for the following reasons:

1.     That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.     That the debtor's case was completed in January 2011 and a refund check was sent to the Debtor in the amount of $22.57 in February 2011.

3.     To date the check remains uncashed.

     WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $22.57 into U.S. Treasury Fund 106000 on behalf of Debtor, Michael Boerner, whose last known address was 102 South Fourth Avenue, Apt. 4, Cleveland, MS 38732.


**/s/   Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45


## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on May 23, 2011 to the attorney for the debtor and the United States Trustee and to the debtor by First Class Mail as stated below:


/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015


Michael Boerner, 102 South Fourth Avenue, Apt. 4, Cleveland, MS 38732